UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GOORIN BROS., INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No.: 1:23-23405-Civ-Williams |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff GOORIN BROS., INC., voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 50 | JIN YU SHOP | https://www.temu.com/jin-yu-shop-m-634418211261039.html?goods_id=601099523153935&_x_sessn_id=rrmoh05hew&refer_page_name=goods&refer_page_id=10032_1693427929623_5hosxrvybo&refer_page_sn=10032 |
| 58 | Qi bird hat | https://www.temu.com/qi-bird-hat-m-63491165762.html?goods_id=601099518389298&_x_sessn_id=rrmoh05hew&refer_page_name=goods&refer_page_id=10032_1693428022600_gvojxemymg&refer_page_sn=10032 |
| 62 | Barbie Girl Boutique | https://www.temu.com/-girl-boutique-m-295388921145.html?goods_id=601099514696709&_x_sessn_id=rrmoh05hew&refer_page_name=goods&refer_page_id=10032_1693491282818_j97i51in81&refer_page_sn=10032 |

Dated: December 8, 2023

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8415
rbaeza@bsfllp.com

*Counsel for Plaintiff Goorin Bros., Inc.*