UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GOORIN BROS., INC.

    Plaintiff,

v.

F W Clothing,

    Defendant

Case No. 23-cv-23405-KMW

FILED BY MC D.C.

DEC 15 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### Notice of Motion Withdrawal

Dear Judge,

Defendant F W Clothing and Plaintiff have reached a settlement agreement. PLEASE TAKE NOTICE that Defendant hereby withdraws its Motion to Vacate Default and Preliminary Injunction [Dkt. No. 52] filed on December 4, 2023. Defendant thanks the Court for the time and attention to this matter.

Thank you and Best Regards,

Date: December 10, 2023

Respectfully submitted

/s/ Yongfu Lai

Title: Operator

Address: 301 Henghe Building, Longhua District, Shenzhen, China.

Email: mgreatseller@163.com

Phone number: 188-1005-3557

1



Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.



```
XIAYU FU
(857) 756-6061
THE UPS STORE #0684
4465 E GENESEE ST
DEWITT NY 13214-2229

SHIP  (305) 523-5100
TO: WILKIE D. FERGUSON JR. US COURTHOUS
    RM 8N09
    400 N MIAMI AVE

    MIAMI FL 33128-1805

    FL 330 6-03

UPS NEXT DAY AIR
TRACKING #: 1Z 6A6 53R 01 9347 3032

BILLING: P/P
REF #1: DMR
```

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 14 DEC 2023