UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GOORIN BROS., INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

Case No.: 1:23-23405-Civ-Williams

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff GOORIN BROS., INC., voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 47 | HATS DREAM | https://www.temu.com/hats-dream-m-634418209655411.html?goods_id=601099518776063&_x_sessn_id=rrmoh05hew&refer_page_name=goods&refer_page_id=10032_1693428596818_kfhofa55et&refer_page_sn=10032 |
| 57 | permanent feather | https://www.temu.com/permanent-feather-m-6001166097076.html?goods_id=601099520363132&_x_sessn_id=rrmoh05hew&refer_page_name=goods&refer_page_id=10032_1693428307369_ol9jt2s4fj&refer_page_sn=10032 |
| 67 | Yiteng Hat Industry | https://www.temu.com/minimalist-kickline-aluminum-m-1039419998969.html?goods_id=601099520979147&_x_sessn_id=rrmoh05hew&refer_page_name=goods&refer_page_id=10032_1693428494412_p7b0emhk7r&refer_page_sn=10032 |

Dated: December 15, 2023

Respectfully submitted,

*/s/ Alisha Moriceau*
Alisha Moriceau (FL Bar No. 1011395)

amoriceau@bsfllp.com
Rossana Baeza (FL Bar No. 1007668)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel: (954) 356-0011

*Counsel for Plaintiff Goorin Bros., Inc.*